UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:12-CV-00750-BR

| | | |
|---|---|---|
| LEE ANN PRIDGEON, | ) | |
| L.I.G. SERVICES, INC., | ) | |
| JOHN DOES 1-100, | ) | |
| | ) | |
| Plaintiffs, | ) | ORDER |
| | ) | |
| v. | ) | |
| RICK RYAN PEGRAM, | ) | |
| DEBRA R. PEGRAM, | ) | |
| JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned hereby RECUSES himself from further participation in this case. The clerk is DIRECTED to reassign the case to another judge.

This 19 November 2012.

_____
W. Earl Britt
Senior U.S. District Judge